**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUREN HOVANESYAN, | No. 09-71078 |
| Petitioner, | Agency No. A097-124-319 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:    B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Suren Hovanesyan, a native and citizen of Armenia, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his motion to reopen. We have jurisdiction

under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

reopen, *Singh v. Gonzales*, 491 F.3d 1090, 1095 (9th Cir. 2007), and we deny the petition for review.

The agency acted within its discretion in denying as untimely Hovanesyan's motion to reopen because it was filed more than three years after the final removal order, *see* 8 C.F.R. § 1003.23(b)(1), and Hovanesyan did not show that he acted with the due diligence required for equitable tolling of the filing deadline, s*ee Singh*, 491 F.3d at 1096-97.

Hovanesyan's request for oral argument is denied.

**PETITION FOR REVIEW DENIED.**